## Henry Brand v. Victor Thompson.

1.  VERDICTS—*Not Manifestly Against the Weight of Evidence.*—A verdict not manifestly against the weight of the evidence will not be disturbed.

Assumpsit, for commissions. Appeal from the Circuit Court of Cook County; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the March term, 1896. Affirmed. Opinion filed June 1, 1896.

Remy & Mann, attorneys for appellant.

Clark & Clark, attorneys for appellee.

Mr. Justice Waterman delivered the opinion of the Court.

This was an action begun before a justice of the peace to recover commissions on certain barrels of flour made by appellee for appellant.

Only a question of fact is involved. There is no such preponderance of evidence for the appellant as will warrant a reversal of the judgment, and it is affirmed.